UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT WATTS,

    Plaintiff,                         Case No. 04-70177

v.                                      District Judge Julian Abele Cook, Jr.
                                         Magistrate Judge R. Steven Whalen

CITY OF DETROIT, et al.,

    Defendants.

_____/

## ORDER

Defendant having withdrawn his Emergency Motion for Involuntary Dismissal and Discovery Sanctions [Docket #30], IT IS HEREBY ORDERED that said Motion is DISMISSED.

                                            S/R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: September 21, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 21, 2005.

                                            S/Gina Wilson
                                            Judicial Assistant